### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALLACE H. WALLACE, Ph.D., | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 2:10-cv-04107-JS |
| | : | (Judge Sanchez) |
| ACHIEVEMENT HOUSE CHARTER | : | |
| SCHOOL, et al., | : | |
| Defendants | : | JURY TRIAL DEMANDED |

### DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Achievement House Charter School, by and through its attorneys and pursuant to Rule 7.1 of Federal Civil Procedure, hereby states that it does not have any parent corporation and there are no publicly held corporations that own ten percent (10%) or more of its stock.

Respectfully submitted,

LATSHA DAVIS YOHE & MCKENNA, P.C.

Dated: September 20, 2010

By____/s/ Glenn R. Davis_____
Glenn R. Davis
Attorney I.D. No. 31040
1700 Bent Creek Boulevard, Suite 140
Mechanicsburg, PA 17050
(717) 620-2424
gdavis@ldylaw.com

Attorneys for Defendant Achievement
House Charter School

139891

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the

foregoing Defendant's Rule 7.1 Disclosure Statement was served via the Court's

CM/ECF system upon the following:

> Stephen V. Yarnell, Esq.
> 230 Windsor Avenue, Suite 204
> Narberth, PA 19072
> yarnelllaw@msn.com

Dated: September 20, 2010   By____/s/ Glenn R. Davis_____
> Glenn R. Davis
> Attorney I.D. No. 31040
> 1700 Bent Creek Boulevard, Suite 140
> Mechanicsburg, PA  17050
> (717) 620-2424
> gdavis@ldylaw.com

> Attorneys for Defendant Achievement House
> Charter School

139891